FILED

2019 JAN 30  PM 4:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>DONGYUAN LI,<br><br>              Defendant. | SA CR No. 19- 00016 JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1546(a): Visa Fraud; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1956(a)(2)(A): International Promotional Money Laundering; 18 U.S.C. § 1028(a)(7): Unlawful Transfer, Possession, and Use of Means of Identification; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(b): Causing an Act to Be Done] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.    A citizen of a foreign country who wished to enter the United States generally was required to first obtain a visa from the U.S. Government: either a nonimmigrant visa for temporary stay, or an immigrant visa for permanent residence.  Visitor visas were

nonimmigrant visas for persons who wanted to enter the United States temporarily for business (visa category B-1), for tourism, for pleasure or visiting (category B-2), or for both purposes (B-1/B-2).

2.   In order to apply for a tourist visa, an applicant was required to complete and submit a Nonimmigrant Visa Application and schedule an appointment for a visa interview.  Generally, the visa interview would take place at a U.S. Embassy/Consulate in a foreign country.

3.   Receiving a tourist visa from the U.S. Government was a privilege, not a right.  In order to be granted a nonimmigrant visa to visit the United States, applicants were required to overcome the presumption in the U.S. Immigration and Nationality Act that all visa applicants are immigrants who intend to remain in the United States.

4.   "Birth tourism" – also known as "maternity house" or "birthing house" – businesses were operations that housed pregnant foreign nationals in properties in the United States so that their children could be born in the United States and receive U.S. birthright citizenship.  The operators helped the aliens fraudulently obtain visas to come to the United States, by filing visa applications that contained multiple false statements by misrepresenting the true intention of the visits.

5.   Chinese birth tourism companies advertised the benefits of having children with birthright U.S. citizenship, such as to hedge against environmental, educational, and political problems in China.

6.   In March 2015, federal law enforcement executed search warrants at approximately 35 suspected Chinese birth tourism locations throughout southern California, including in Orange, Los Angeles, and San Bernardino Counties.

7.    These Introductory Allegations are alleged for all Counts in this Indictment as though set forth in their entirety.

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

8.   Beginning on a date unknown to the Grand Jury, but no later than in or around June 2013, and continuing to in or around March 2015, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, including the People's Republic of China ("PRC"), defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit offenses against the United States, namely:

a.   Immigration Fraud, in violation of Title 18, United States Code, Section 1546(a);

b.   Wire Fraud, in violation of Title 18, United States Code, Section 1343;

c.   International Promotional Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(2)(A);

d.   Unlawful Transfer, Possession, and Use of Means of Identification, in violation of Title 18, United States Code, Section 1028(a)(7); and

e.   Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

9.   The objects of the conspiracy were to be accomplished, in substance, as follows:

a.   Defendant LI and others known and unknown to the Grand Jury would advertise their birth tourism business, You Win USA

Vacation Services Corporation ("You Win USA"), on the internet, through which they would promote the benefits of giving birth in the United States rather than in China, including identifying the United States as having:

        i.     The "most attractive nationality";

        ii.    Military, political, technological, and cultural strength, "with no sign of that fading";

        iii.   13 years of free education from grade school to high school;

        iv.   Less pollution, noting, "The water and air in China are severely polluted, and food safety is a major concern";

        v.     An easier way for the whole family to immigrate to the United States: "After the child becomes an adult, parents can also immigrate";

        vi.    Retirement benefits: "after 10 years of paying taxes, enjoy life long retirement payments";

        vii.   High quality healthcare services; and

        viii.   "Priority for jobs in U.S. government, public companies, and large corporations.  A lot of key positions such as government officials, defense, foreign affairs, high technology, and nuclear research labs are only restricted to U.S. citizens."

    b.   Defendant LI and Coconspirator-1, and others known and unknown to the Grand Jury, would claim to prospective birth tourism customers that they had served more than 500 birth tourism customers who successfully gave birth in the United States, thereby ensuring that their children received U.S. birthright citizenship.

    c.   Defendant LI and others known and unknown to the Grand Jury would provide a document entitled, "You Win USA Package Services

and Fees," which would claim that You Win USA had been servicing birth tourists for eight years and had "a 100-person team to provide service in China and the United States" that was in the process of growing into 200.

d.    Defendant LI would use agents and employees in China to recruit pregnant Chinese nationals who wanted to come to the United States to give birth so their children would receive U.S. birthright citizenship.

e.    Coconspirator-1 would register You Win USA with the California Secretary of State.

f.    Defendant LI and Coconspirator-1 would communicate by email and WeChat with their employees, agents, and birth tourism customers in China.

g.    Defendant LI and Coconspirator-1 would provide birth tourism services to all types of customers from China, including professionals such as doctors and lawyers and Chinese government employees and officials.

h.    Coconspirator-1 and others known and unknown to the Grand Jury would possess a document entitled, "Strategies to Maximize the Chance of Entry," which discussed ways for Chinese birth tourists to slip through the U.S. visa and Customs processes when coming to the United States, including by recommending that, for best results, Chinese birth tourists should list on their visa applications that they intended to stay at the "5-star" hotel of "TRUMP INTERNATIONAL HOTEL WAIKIKI BEACH (Trump Hawaii Hotel)," in Honolulu, Hawaii.

i.    Defendant LI and Coconspirator-1, together with others known and unknown to the Grand Jury, including their agents in China, would instruct the birth tourism customers to apply for their visa to

come to the United States early in their pregnancy so they would be able to conceal their pregnancy from U.S. officials.

j. Defendant LI and Coconspirator-1, together with others known and unknown to the Grand Jury, including their agents in China, would cause to be filed visa applications for their Chinese customers with the U.S. Department of State, which contained false statements.

k. You Win USA customers' visa applications would contain false statements as to the purpose of the visits, the length of stay in the United States, and the locations of their stay in the United States. Generally, You Win USA customers' visa applications would falsely state that the purpose of the trip to the United States was for tourism, the length of the stay was eight to 14 days, and the customers would be staying in Hawaii, New York, or Los Angeles, when in truth and in fact, those customers were coming to the United States to give birth, the length of their stay was three months, and they would be staying in Irvine, California.

l. Defendant LI and Coconspirator-1, together with others known and unknown to the Grand Jury, including You Win USA's employees and agents in China, would coach their Chinese customers how to pass the U.S. Consulate interview in China, including by telling the customers to falsely say they were going to stay in the United States for only two weeks.

m. Defendant LI and Coconspirator-1, together with others known and unknown to the Grand Jury, including You Win USA's employees and agents in China, would coach their Chinese birth tourism customers how to pass the U.S. Customs inspection at the port of entry by concealing their pregnancies.

n. Defendant LI and Coconspirator-1, together with others

known and unknown to the Grand Jury, including You Win USA's employees and agents in China, would direct their Chinese birth tourism customers to book two flights: (a) the first flight from China to Hawaii, instead of from China to Los Angeles International Airport ("LAX"), because they believed that it would be easier to clear U.S. Customs through Hawaii; and (b) the second flight from Hawaii to LAX, which would then be considered a domestic flight with no U.S. Customs check.

o.   Defendant LI and Coconspirator-1 would lease approximately 20 apartments in Orange County to house You Win USA's pregnant Chinese customers.

p.   To lease those apartments, defendant LI and Coconspirator-1 would defraud the property owners by leasing the apartments in the names of people who were not going to be the actual occupants, as well as concealing from the property owners that defendant LI and Coconspirator-1 were running a business of housing multiple individuals on a short-term basis, and that they were operating an illegal international birth tourism scheme.

q.   Defendant LI and Coconspirator-1 would house their Chinese birth tourism customers at locations in Orange County, even though they knew that their customers' visas had been procured by fraud.

r.   Defendant LI and Coconspirator-1, and others known and unknown to the Grand Jury, would generally charge between $40,000 and $80,000 for each birth tourism customer.

s.   To deposit payments from their Chinese birth tourism customers, defendant LI and Coconspirator-1 opened and used many different bank accounts, both in the United States and China,

1  including bank accounts opened in the name of defendant LI's mother.

2          t.    To receive payments from their Chinese birth tourism

3  customers, defendant LI and Coconspirator-1 would cause international

4  transfers of funds from China to the United States, which in 2013

5  totaled approximately $1,500,000 to bank accounts in defendant LI's

6  name, approximately $1,000,000 to bank accounts in defendant LI's

7  mother's name, and approximately $500,000 to bank accounts in

8  Coconspirator-1's name, and which in 2014 totaled approximately

9  $1,500,000 to bank accounts in defendant LI's name.

10         u.    To skirt China's outgoing currency transfer

11  restrictions, defendant LI's Chinese employees and agents would use

12  nominees to transfer money from China to the United States.

13         v.    Defendant LI and Coconspirator-1, and others known and

14  unknown to the Grand Jury, would collect thousands of dollars in cash

15  from their birth tourism customers after they arrived in the United

16  States, which was in addition to the tens of thousands of dollars

17  that the customers had already paid in China for You Win USA's birth

18  tourism services.

19         w.    Defendant LI, Coconspirator-1, and Coconspirator-2

20  would have approximately 10 employees in the United States to help

21  them run their birth tourism scheme.

22         x.    During a federal undercover investigation of You Win

23  USA, defendant LI would tell a female undercover agent pretending to

24  be a Chinese national who wanted to come to the United States to give

25  birth that defendant LI's company could help her do that.

26         y.    Defendant LI would instruct her birth tourism

27  customers who needed to apply for a visa extension to fabricate

28  financial documents to qualify for a visa extension and to submit

1  those documents to U.S. Immigration.

2        z.   In text messages with her birth tourism customers,

3  defendant LI would refer to U.S. Immigration officers as "The

4  foreigners."

5        aa.   Defendant LI, Coconspirator-1, and You Win USA's birth

6  tourism customers from China would fail to pay all the costs of

7  giving birth in the United States, including hospital, doctor, and

8  other bills, which would then be referred to collection.

9        bb.   From in or around June 2013 to March 2015, defendant

10 LI and You Win USA would have several hundred Chinese birth tourism

11 customers who gave birth in the United States, whose children thus

12 received birthright U.S. citizenship.

13 C.   OVERT ACTS

14      10.   In furtherance of the conspiracy, and to accomplish its

15 objects, on or about the following dates, defendant LI,

16 Coconspirator-1, Coconspirator-2, and others known and unknown to the

17 Grand Jury, committed various overt acts within the Central District

18 of California, and elsewhere, including, but not limited to, the

19 following:

20      Overt Act No. 1: On or about May 28, 2013, defendant LI's

21 husband, Co-Conspirator-2, submitted an application for an "O" visa

22 premised upon being an "alien of extraordinary ability," which

23 falsely claimed that he had co-authored two books and attached fake

24 copies of those books, whereas in truth and in fact, he had not co-

25 authored those two books.

26      Overt Act No. 2: On or about September 17, 2013, defendant LI

27 and Coconspirator-1 used the name and signature of Chinese national

28 N.G. to lease an apartment for their birth tourism scheme, even

though that person was not even in the United States.

Overt Act No. 3: On or about October 3, 2013, defendant LI wrote a check for $30,965 to pay for apartments that she and Coconspirator-1 were renting in Irvine, California, to house their birth tourism customers.

Overt Act No. 4: On or about November 4, 2013, defendant LI wrote a check for $30,321.23 to pay for apartments that she and Coconspirator-1 were leasing in Irvine, California, to house their birth tourism customers.

Overt Act No. 5: In or around November 2013, defendant LI purchased her residence in Irvine, California, for approximately $2,100,000, paid in full with no loan.

Overt Act No. 6: In or around November 2013, defendant LI purchased a new Mercedes-Benz for approximately $118,000, paid in full with no loan.

Overt Act No. 7: On or about January 6, 2014, defendant LI wrote a check for $30,965 to pay for apartments that she and Coconspirator-1 were renting in Irvine, California, to house their birth tourism customers.

Overt Act No. 8: On or about April 14, 2014, You Win USA customer W.L., a Chinese national, filed a visa application to come to the United States, where she falsely stated that she would be staying in the United States for only 12 days at the "Trump International Hotel" in Honolulu, Hawaii.

Overt Act No. 9: On or about May 30, 2014, You Win USA birth tourism customers H.X. and X.C. left the United States after X.C. had given birth in the United States, but they paid the hospital only the indigent rate of $4,080 for hospital bills that actually exceeded

$28,000, even though at that time, H.X. and X.C. had more than $225,000 in a U.S. bank account, from which they had been making purchases at Rolex in Costa Mesa, California, and Louis Vuitton in Beverly Hills, California.

Overt Act No. 10:   On or about June 20, 2014, defendant LI and Coconspirator-1 used the name and signature of Chinese national C.X. to lease an apartment to be used in their birth tourism scheme, even though that person was not even in the United States, and defendant LI and Coconspirator-1 attached an altered bank statement to that lease application.

Overt Act No. 11:   On or about September 5, 2014, defendant LI and Coconspirator-1 used the name and signature of Chinese national D.L. to rent an apartment in D.L.'s name for their birth tourism scheme and attached an altered bank statement as proof of income to qualify for the lease.

Overt Act No. 12:   On or about September 12, 2014, Chinese national Y.S.Y., who was the husband of You Win USA customer Y.Z., filed a visa application to come to the United States, which listed his current job as "Partner Lawyer" of the law firm of Jiangtian & Gongcheng, in Beijing, China, and which contained false statements.

Overt Act No. 13:   On or about September 29, 2014, You Win USA customer X.Y.L., a Chinese national, filed a visa application to come to the United States, which listed her current job as "Chief Physician" at the Henan Shangqiu Power Supply Company Staff Hospital, in Shangqiu, Henan, China, and which contained false statements.

Overt Act No. 14:   On or about November 26, 2014, during an undercover operation where federal law enforcement had represented to Coconspirator-1 that they had a relative in China who wanted to come

to the United States to give birth, defendant LI's agents and
employees uploaded a visa application in Shanghai, China, in the name
of that undercover agent, which contained false information as to the
purpose of her trip, location where she would be staying, and the
duration of her trip to the United States.

Overt Act No. 15: On or about December 23, 2014, defendant LI
left a voicemail message for a You Win USA customer to coach her
through U.S. Customs, wherein defendant LI said: "The main thing is
they look and see if you look obvious [pregnant]; can they see it?
First thing is not to let them see it.  Second thing is don't deny it
if they can see it, and just say that you're still here for vacation
and just show them the return flight ticket."

Overt Act No. 16: On or about December 25, 2014, defendant LI
left a voicemail message for a You Win USA customer, wherein
defendant LI said: "what I'm giving you here is a friend's itinerary.
She's coming here on the same flight as yours.  So you can look at
the itinerary and then make modifications according to your return
flight ticket.  And then, you can hold onto it.  If they can't tell
that you're pregnant, then you can show this to them and they
probably won't ask you anything additional.  Once the sun comes up,
I'll tell you the specifics, all right?"

Overt Act No. 17: On or about December 26, 2014, defendant LI
wrote a WeChat text message to her husband, Coconspirator-2, about
their birth tourism scheme, wherein defendant LI said: "After all,
this is not legal!"

Overt Act No. 18: On or about December 30, 2014, defendant LI's
husband, Coconspirator-2, sent defendant LI a WeChat text message
telling her that he had just received a $140,000 check from one of

their birth tourism customers.

Overt Act No. 19:   From in or around January 2014 to the end of December 2014, defendant LI and Coconspirator-1 leased more than 30 different apartments in Irvine, California, to house pregnant foreign nationals who had come to give birth in the United States by using visas that had been procured by fraud.

Overt Act No. 20:   On or about January 10, 2015, defendant LI used the identity of her mother, P.H., to rent an apartment to use in the birth tourism scheme, even though her mother – who did not speak, read, or write English – did not know that defendant LI was using her identity to do that.

Overt Act No. 21:   On or about January 16, 2015, defendant LI left a voicemail message for a You Win USA customer who needed to file an application for a visa extension, telling the customer that she would "transfer the money from my account to yours first, so you get a proof of funds," in order to trick U.S. Immigration that the customer had sufficient resources to qualify for a visa extension.

Overt Act No. 22:   On or about January 16, 2015, defendant LI left another voicemail message to that You Win USA customer who needed to file an application for a visa extension: "no they just want a scanned copy.  These foreigners, they won't look at whether yours are real or fake.  They can't tell if it's real or fake.  So you can scan a copy onto a computer and then make editing on the computer.  Once you edit it, you can send it over.  The foreigners, they can't - it's impossible that they will connect to the network in China.  They can't tell if it's real or fake.  They'll think it's real as long as you provide it to them, you know?"

Overt Act No. 23:   On or about January 23, 2015, defendant LI

helped You Win USA customer X.Y.L. file an application to extend her visa, which application contained false statements.

Overt Act No. 24: On or about January 23, 2015, one of You Win USA's employees in China sent a WeChat text message to defendant LI, which stated that a new customer would be flying into the United States in February, and noted that: "This client is People's Congress Representative, the biggest real estate merchant in Xian.  Client was kind enough to invite us to have a meal at the government owned Jianyi Club."

Overt Act No. 25: On or about January 25, 2015, one of You Win USA's employees in China sent a WeChat text message to defendant LI and her husband, Coconspirator-2, which asked for permission to issue a refund to one of their birth tourism customers: "Pregnant mom [H.Z.] had booked Gold Package.  Now because the baby is a girl, her husband arranged abortion for her.  Therefore request refund. . . . Please approve."

Overt Act No. 26: On or about February 23, 2015, defendant LI told a federal undercover agent posing as a pregnant Chinese national who wanted to come to the United States to give birth that: (a) "Our company in Beijing covers helping you with applying for the visa and training you, which includes the training to pass customs . . . the training to apply for the visa.  We'll need to train you for the visa so you can go through the visa interview without problems"; (b) "We will tell you how to apply for the visa and what to say at the interview with the immigration officer"; and (c) "And then, after the visa interview is over, we'll also tell you how to go through customs successfully when you go through customs.  We have training for all of that."

Overt Act No. 27:  On or about March 3, 2015, when federal agents interviewed defendant LI's husband, Coconspirator-2, he told the agents that his You Win USA investment was "chump change," as he had more than $10,000,000 in his bank accounts in China.

Overt Act No. 28:  On or about March 3, 2015, defendant LI, Coconspirator-1, and Coconspirator-2 possessed business records of their birth tourism scheme.

Overt Act No. 29:  On or about March 3, 2015, defendant LI maintained a copy of the "You Win USA Package Services and Fees" document used for her birth tourism customers, which provided that You Win USA would provide a refund to any customers if U.S. Customs did not admit them due to their pregnancies.

Overt Act No. 30:  On or about March 5, 2015, two days after federal Department of Homeland Security and Internal Revenue Service – Criminal Investigation special agents had executed a federal search warrant at defendant LI's residence, her husband, Coconspirator-2, left for China and has not returned since.

Overt Act No. 31:  On or about April 4, 2015, You Win USA customer L.J.Y. and her husband J.X., both Chinese nationals, fled to China in violation of federal Court Orders that required that they remain in the United States as material witnesses until released by the Court.

Overt Act No. 32:  On or about April 14, 2015, after fleeing to China in violation of a federal Court Order, You Win USA customer J.X. wrote in a WeChat text message: "Anyway, I'm already home.  U.S. can't do anything to me."

COUNT TWO

[18 U.S.C. §§ 1546(a), 2]

11.   On or about January 23, 2015, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, each aiding and abetting the others, aided and abetted and caused X.Y.L., a Chinese national, to knowingly subscribe as true, under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an application, affidavit, and other documents required by the immigration laws and regulations prescribed thereunder, in that in an Application to Extend/Change Nonimmigrant Status, Chinese national X.Y.L. falsely stated that she had intended to travel to the United States as a tourist for two weeks of shopping, that she had $96,800 in her Bank of America account for the purpose of paying for her daily expenses and child birth, and that she had not done anything that violated the terms of her nonimmigrant status, which statements defendant LI and Chinese national X.Y.L. knew to be false, in that Chinese national X.Y.L. in fact had not intended to travel to the United States as a tourist for two weeks of shopping, did not have $96,800 in her Bank of America bank account for the purpose of paying for her daily expenses and child birth, and had violated the terms of her nonimmigrant status.

COUNTS THREE THROUGH THIRTEEN

[18 U.S.C. §§ 1343, 2]

A.   SCHEME TO DEFRAUD

12.   Beginning on a date unknown to the Grand Jury, but no later than in or around June 2013, and continuing until in or around March 2015, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, executed a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of New Pacific Realty Corporation and others (collectively, "the property owners") by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B.   THE MANNER AND MEANS OF THE FRAUDULENT SCHEME

13.   The fraudulent scheme operated, in substance, in the following manner:

a.   The Grand Jury realleges Section B of Count One of this Indictment as though set forth in its entirety here.

b.   Defendant LI and Coconspirator-1 would lease apartments from the property owners to house their Chinese birth tourism customers.

c.   To lease those properties, defendant LI and Coconspirator-1 would make false representations and promises to, and conceal material facts from, the property owners.

d.   Defendant LI and Coconspirator-1 would pay the rent and other expenses for those properties by using proceeds from their fraudulent birth tourism scheme.

1         e.    Defendant LI and Coconspirator-1 would make wire

2    transfers for some of those expenditures, including by interstate

3    wire communications.

4         f.    Defendant LI would communicate by wire with others in

5    China about her birth tourism scheme in the United States.

6    C.    <u>USE OF THE WIRES</u>

7        14.   On or about the dates set forth below, in Orange and Los

8    Angeles Counties, within the Central District of California, and

9    elsewhere, defendant LI and others known and unknown to the Grand

10   Jury, for the purpose of executing the above-described scheme to

11   defraud, transmitted and caused the transmission of the following

12   items by means of wire communication in interstate and foreign

13   commerce:

| COUNT | DATE | ITEM WIRED |
|-------|------|------------|
| THREE | 10/17/2014 | $1,708.59 payment to Southern California Edison from Coconspirator-1's Bank of America checking account ending in 9902 for electricity bills for multiple apartments used to house birth tourism customers in Irvine, California |
| FOUR | 11/18/2014 | WeChat text message from defendant LI to a You Win USA accountant in China with attached birth tourism customer list, asking the accountant to check whether the customers had all made full payment |
| FIVE | 11/19/2014 | $1,724.84 payment to Southern California Edison from Coconspirator-1's Bank of America checking account ending in 9902 for electricity bills for multiple apartments used to house birth tourism customers in Irvine, California |
| SIX | 01/05/2015 | WeChat text message from defendant LI to a You Win USA accountant in China, wherein defendant LI tells the accountant that one of her customers gave her $20,000 cash |
| SEVEN | 01/08/2015 | WeChat text message from defendant LI to a You Win USA accountant in China, wherein defendant LI tells the accountant that she just checked and had not yet received an incoming wire transfer from China |

| Count | Date | Item/Overt Act |
|---|---|---|
| EIGHT | 01/15/2015 | WeChat text message from a You Win USA accountant in China to defendant LI, wherein the accountant notifies defendant LI that they had just received a payment of approximately $18,000 from Chinese birth tourism customer D.L. |
| NINE | 01/16/2015 | WeChat text message from defendant LI to one of her customers whom defendant LI was directing to create fake documents to submit to U.S. Immigration, wherein defendant LI refers to U.S. Immigration officers as "The foreigners" |
| TEN | 01/25/2015 | WeChat text message from a You Win USA employee in China to defendant LI, wherein the employee asks permission from defendant LI to issue a refund to a birth tourism customer who cancelled coming to the United States because her husband found out she was having a girl and had her undergo an abortion |
| ELEVEN | 01/29/2015 | WeChat text message from a You Win USA accountant in China to defendant LI, wherein the accountant asks defendant LI to check for a $100,000 wire transfer from China that had just been sent to defendant LI |
| TWELVE | 02/06/2015 | $1,221.99 payment to Southern California Edison from defendant LI's Bank of America checking account ending in 2717 for electricity bills for 18 apartments used to house birth tourism customers in Irvine, California |
| THIRTEEN | 03/01/2015 | WeChat text message from defendant LI to a You Win USA accountant in China, wherein defendant LI asks the accountant to wire transfer $100,000 to defendant LI to use to pay for the apartments that were being used to house the birth tourism customers |

COUNTS FOURTEEN THROUGH TWENTY-TWO

[18 U.S.C. §§ 1956(a)(2)(A), 2]

15.  On or about the dates below, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly transported, transmitted, and transferred, and willfully caused the transportation, transmission, and transfer of, and knowingly aided, abetted, counseled, commanded, induced, and procured another person to transport, transmit, and transfer, the funds listed below to a place inside the United States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, specifically, immigration fraud, in violation of Title 18, United States Code, Section 1546(a), and wire fraud, in violation of Title 18, United States Code, Section 1343:

| COUNT | DATE | INTERNATIONAL FUNDS TRANSFER |
|---|---|---|
| FOURTEEN | 10/21/2014 | Wire transfer of $49,000 from Bank of China, People's Republic of China ("PRC"), to Coconspirator-1's Bank of America checking account ending in 9902 |
| FIFTEEN | 10/28/2014 | Wire transfer of $49,000 from Bank of China, PRC, to Coconspirator-1's Bank of America checking account ending in 9902 |
| SIXTEEN | 10/29/2014 | Wire transfer of $49,000 from Bank of China, PRC, to Coconspirator-1's Bank of America checking account ending in 9902 |
| SEVENTEEN | 12/02/2014 | Wire transfer of $49,000 from Bank of China, PRC, to defendant LI's Bank of America savings account ending in 2930 |
| EIGHTEEN | 12/05/2014 | Wire transfer of $49,000 from Bank of China, PRC, to defendant LI's Bank of America savings account ending in 2930 |
| NINETEEN | 12/23/2014 | Wire transfer of $49,000 from Bank of China, PRC, to Coconspirator-1's Bank of America checking account ending in 9902 |
| TWENTY | 12/24/2014 | Wire transfer of $49,000 from Bank of China, PRC, to Coconspirator-1's Bank of America checking account ending in 9902 |

| COUNT | DATE | INTERNATIONAL FUNDS TRANSFER |
|---|---|---|
| TWENTY-ONE | 01/15/2015 | Wire transfer of $49,000 from Bank of China, PRC, to defendant LI's mother's East West Bank savings account ending in 2457 |
| TWENTY-TWO | 01/22/2015 | Wire transfer of $49,000 from Bank of China, PRC, to defendant LI's mother's East West Bank savings account ending in 2457 |

COUNTS TWENTY-THREE THROUGH TWENTY-FIVE

[18 U.S.C. §§ 1028(a)(7), 2(a)]

16.   On or about the following dates, in Orange County, within the Central District of California, and elsewhere, defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, means of identification of another person, namely, the names of the individuals listed below, at the locations listed below, with the intent to commit, to aid and abet the commission of, and in connection with the commission of, a violation of Federal law, namely, Wire Fraud, in violation of Title 18, United States Code, Section 1343, with said transfer, possession, and use affecting interstate and foreign commerce:

| Count | Date | Identity | Item | Location |
|-------|------|----------|------|----------|
| TWENTY-THREE | 06/20/2014 | C.X. | Unit 311 lease | The Carlyle at Colton Plaza Irvine, California |
| TWENTY-FOUR | 09/05/2014 | D.L. | Unit 418 lease | The Carlyle at Colton Plaza Irvine, California |
| TWENTY-FIVE | 01/10/2015 | P.H. | Unit 223 lease | The Carlyle at Colton Plaza Irvine, California |

COUNTS TWENTY-SIX THROUGH TWENTY-EIGHT

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

17.   On or about the dates below, in Orange County, within the Central District of California, defendant DONGYUAN LI ("LI"), together with others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant LI knew belonged to another person, namely, the names of the individuals listed below, during and in relation to the offense of Wire Fraud, a felony violation of Title 18, United States Code, Section 1343, as charged in the following counts of this Indictment:

| Count | Date | Victim | Predicate Offense |
|---|---|---|---|
| TWENTY-SIX | 06/20/14 | C.X. | COUNT THREE |
| TWENTY-SEVEN | 09/05/14 | D.L. | COUNT FIVE |
| TWENTY-EIGHT | 01/10/15 | P.H. | COUNT TWELVE |

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office