NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
     Ronald Reagan Fed. Bldg. & United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3542
     Facsimile: (714) 338-3561
     E-mail:    Charles.E.Pell2@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Nos. SA CR 19-00016-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS |
| v. | |
| DONGYUAN LI, | |
| Defendant. | |

The Court, having considered the government's Motion For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. Defendant has waived her attorney-client privilege with respect to communications between her and her attorneys Thomas P. O'Brien and David J. Carroll, concerning the events and facts surrounding defendant's conversation with defense counsel on January 23, 2019, that is proffered in the declaration of defense counsel

David J. Carroll (DE 43-1) submitted in support of defendant's motion to revoke the Magistrate Court's detention Orders (DE 43).

    2.  If called by the government during the hearing in this case on April 8, 2019, defense counsel Thomas P. O'Brien and David J. Carroll shall be required to testify and be subject to cross examination about those communications with defendant.

    IT IS SO ORDERED.

_____    _____
DATE     HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE