UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  8:19-cr-00016-JVS-1                                             Date:  April 8, 2019

Present:  The Honorable:  JAMES V. SELNA, United States District Judge

Interpreter:  Lei Arellano/Mandarin

| Rolls Royce Paschal | Sharon Seffens | Charles Pell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Dongyuan Li | X | X | | Thomas O'Brien | X | | X |
| | | | | David Carroll | X | | X |

**Proceedings**  DEFENDANT DONGYUAN LI'S MOTION TO REVOKE MAGISTRATE COURT'S DETENTION ORDERS AND TO GRANT DEFENDANT PRETRIAL RELEASE [43]

PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR ORDER FOR DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS [46]

   Cause called and counsel make their appearances.  Natalie Nelson, U.S. Pretrial Services, is also present. Counsel make their arguments.  The Court hears Defendant Dongyuan Li's Motion to Revoke Magistrate Court's Detention Orders and to Grant Defendant Pretrial Release [43] and Plaintiff USA's Motion for Order for Declaring Partial Waiver of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications [46].  Defendant Dongyuan Li's Motion to Revoke Magistrate Court's Detention Orders and to Grant Defendant Pretrial Release [43] is DENIED.  Plaintiff USA's Motion for Order for Declaring Partial Waiver of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications [46] is DENIED.

   The Court recommends housing at MDC.

   The defendant is remanded forthwith to the custody of the U.S. Marshals.

                                                                                                1:00
                                                       **Initials of Deputy Clerk**   rrp