企䂎介-䂎孕美国





# INTRODUCE
## 企业介绍

| 企 介 | ▶ |
| 理念 | ▶ |
| 会所 境 | ▶ |
| | ▶ |

### 美生子QA  visiting america QA
- 孕美国的具体 餐是怎 的...
- 生美国宝宝的好 有哪 ...
- 宝宝美国 件怎 理 餐包...
- 美国生孩子的流程怎 ...

### 美国宝宝  Advantage
- 受美国13年 教育 就 小学...
- 受美国完 的医 保障体系。
- 未来 有全 180多个邦交国入境...
- 其他国家政局不 或者 即...



### 系我   contact us
| 中国 | 400-088-5222 |
| 北京 | 186-0027-5088 |
| 美国 | 950-404-38408 |
| 微信 | 188-6870-3288 |

首 > 企 介 > 企 介



孕美国月子度假会所隶属于北京 孕美商 咨 有限公 孕美国的母公 有固定 超 20 元 不 涉及商学院 教育 咨 服装 美容 同 持有多个一 城市 物商 物 管理等多元化 。 孕美国在中国和美国注册有正式机构 我 始 是一家服 公 客 提供一 一的服 真正做到全程 踪式服 确保您的全程 意。

孕美国依靠丰富的行 和强 的人脉网 已服 超 550位尊 客 并 得 度 价和 秀口碑。 孕美国是完全合法的企 是美国 企 品 100强 是美国月子中 会会 位 在中美 都注册公 8年 注 美 子 我 成 一站式服 家。

同 孕美国 是洛杉 区唯一一家七星 月子会所 投 超 8000万元人民 目前 有5幢 奢 海景别墅和超 30 五星 酒店式公寓 每幢别墅价 超 1000万美元 每 公寓价 超 100万美元 超 豪宅 体会 美式奢 生活品 。 会所 址洛杉 湾市中 是全美排名第二富有的城市 也是 八年美国最安全城市 步行10分 即可到达 物商 10分 程即可到达四家 医院 其中包括洛杉 最著名的 族医院Hoag医院。