Sis: I got it.

Nov 18, 2014 4:30 AM



Nov 18, 2014 7:14 PM



Customers List
123 ░░░ Hangyan
125 ░░░ Yunmei; ░░░, Qingmei
223 ░░ Rong
225 ░░ NG, Jie; ░░, Xuanhui
311 ░░ Jie
314 ░░ Yilin
317 ░░ G, Ling
318 ░░ D, Yanling
321 ░░ NG, Bing
403 ░░ in; ░, Meng
416 ░░ ongxin; ░░ G, Minge
417 ░░ G, Yuhua
325/206/411 Vacant rooms
Total 16 mothers

