|    | Client Name | January | February | March | April | May | June | July | Total |
|----|-------------|---------|----------|-------|-------|-----|------|------|-------|
| 1  | Jing | 58972 | | | | | | | 58972 |
| 2  | an | 21457 | | | | | | | 21457 |
| 3  | Di | 6540 | | | | | | | 6540 |
| 4  | Lan | 27554 | 12266 | 6177 | | | | | 45997 |
| 5  | gling | 21302 | | | | | | | 21302 |
| 6  | anhua | 24470 | 5993 | | | | | | 30463 |
| 7  | ing | 25825 | 12613 | | | | | | 38438 |
| 8  | Lin | | | 6488 | 11196 | | | | 17684 |
| 9  | aojing | | | 4795 | 8461 | 10577 | 7899 | | 31732 |
| 10 | oxiang | | | | | | | | 0 |
| 11 | ailan | 5286 | 10572 | 10572 | 10572 | 14879.54 | | | 51881.54 |
| 13 | nfei | | | 4017 | 10041 | 15834 | 9501.8 | 2537 | 41930.8 |
| 14 | Min | | | | 7872 | 15744 | 15744 | 7874 | 47234 |
| 15 | nping | | | | 8428 | 12040 | 12040 | 3612 | 36120 |
| 16 | ojing | | 17566 | 26349 | 26349 | 8782 | | | 79046 |
| 18 | nzhen | | | | | 5361 | 16084 | 16084 | 37529 |
| 20 | Jie | | | 11175 | 15238 | 19301 | | | 45714 |
| 21 | hun | | | | | | | 10617 | 10617 |
| 22 | Xi Guangyuan | | | | 15767 | 16254 | | | 32021 |
| 24 | Yu | | | | | 1467 | 8804 | 8804 | 19075 |
| 25 | ei | | | | 5370 | 10741 | 10741 | 5370 | 32222 |
| 26 | J J WANG Jingyue | | | | | | 1432 | 10740 | 12172 |
| 28 | Li | | | | | 42 | 12698 | 12698 | 25438 |
| 29 | Bing | | | | | | | | 0 |
| 30 | itong | | | | | | | | 0 |
| 31 | anshan | | | | 840 | 12090 | 12090 | 4901.7 | 29921.7 |
| 32 | nshan | | | | | | | | 0 |
| 33 | ixin | | | | | | 389 | 8082 | 8471 |
| 34 | ngzhen | | | | | | | | 0 |
| 35 | ong | | | | | | | | 0 |
| 36 | Jie | | | | | | | | 0 |
| 37 | nling | | | | | | | | 0 |
| 38 | Wei | | | | | | | | 0 |
| 39 | ohong | | | | | | 1940 | 11202 | 13142 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | ping | | | | | 1764 | 5291 | 10582 | 17637 |
| 41 | Hui | | | | | | 1940 | 5291 | 7231 |
| 42 | Jing | | | | | | | | 0 |
| 43 | ngxin | | | | | | | | 0 |
| 44 | Jing | | | | | | | | 0 |
| 45 | ngping | | | | | | | | 0 |
| 46 | nyan | | | | | | | | 0 |
| 47 | inlin | | | | | | | 11365 | 11365 |
| 48 | | | | | | | | | 0 |
| 49 | | | | | | | | | 0 |
| 50 | | | | | | | | | 0 |
| 51 | | | | | | | | | 0 |
| | Total | 191406 | 59010 | 69573 | 120134 | 144876.54 | 116593.8 | 129759.7 | 831353.04 |

|    | 客户名称 | 一月 | 二月 | 三月 | 四月 | 五月 | 六月 | 七月 | 合计 |
|----|------|------|------|------|------|------|------|------|------|
| 1  | 晶   | 58972 |      |      |      |      |      |      | 58972 |
| 2  | 艳   | 21457 |      |      |      |      |      |      | 21457 |
| 3  | 笛   | 6540  |      |      |      |      |      |      | 6540 |
| 4  | 岚   | 27554 | 12266 | 6177 |      |      |      |      | 45997 |
| 5  | 玲   | 21302 |      |      |      |      |      |      | 21302 |
| 6  | 华   | 24470 | 5993 |      |      |      |      |      | 30463 |
| 7  | 英   | 25825 | 12613 |      |      |      |      |      | 38438 |
| 8  | 林   |      |      | 6488 | 11196 |      |      |      | 17684 |
| 9  | 晶   |      |      | 4795 | 8461 | 10577 | 7899 |      | 31732 |
| 10 | 香   |      |      |      |      |      |      |      | 0 |
| 11 | 岚   | 5286 | 10572 | 10572 | 10572 | 14879.54 |      |      | 51881.54 |
| 13 | 飞   |      |      | 4017 | 10041 | 15834 | 9501.8 | 2537 | 41930.8 |
| 14 | 敏   |      |      |      | 7872 | 15744 | 15744 | 7874 | 47234 |
| 15 | 萍   |      |      |      | 8428 | 12040 | 12040 | 3612 | 36120 |
| 16 | 净   |      | 17566 | 26349 | 26349 | 8782 |      |      | 79046 |
| 18 | 珍   |      |      |      |      | 5361 | 16084 | 16084 | 37529 |
| 20 | 洁   |      |      | 11175 | 15238 | 19301 |      |      | 45714 |
| 21 | 春   |      |      |      |      |      |      | 10617 | 10617 |
| 22 | 广媛  |      |      |      | 15767 | 16254 |      |      | 32021 |
| 24 | 瑜   |      |      |      |      | 1467 | 8804 | 8804 | 19075 |
| 25 | 菲   |      |      |      | 5370 | 10741 | 10741 | 5370 | 32222 |
| 26 | 刘 王镜玥 |    |      |      |      |      | 1432 | 10740 | 12172 |
| 28 | 丽   |      |      |      |      | 42 | 12698 | 12698 | 25438 |
| 29 | 冰   |      |      |      |      |      |      |      | 0 |
| 30 | 彤   |      |      |      |      |      |      |      | 0 |
| 31 | 珊   |      |      |      | 840 | 12090 | 12090 | 4901.7 | 29921.7 |
| 32 | 珊   |      |      |      |      |      |      |      | 0 |
| 33 | 心   |      |      |      |      |      | 389 | 8082 | 8471 |
| 34 | 珍   |      |      |      |      |      |      |      | 0 |
| 35 | 蓉   |      |      |      |      |      |      |      | 0 |
| 36 | 洁   |      |      |      |      |      |      |      | 0 |
| 37 | 玲   |      |      |      |      |      |      |      | 0 |
| 38 | 伟   |      |      |      |      |      |      |      | 0 |
| 39 | 红   |      |      |      |      |      | 1940 | 11202 | 13142 |
| 40 | 萍   |      |      |      |      | 1764 | 5291 | 10582 | 17637 |
| 41 | 辉   |      |      |      |      |      | 1940 | 5291 | 7231 |
| 42 |     |      |      |      |      |      |      |      | 0 |
| 43 | 辛   |      |      |      |      |      |      |      | 0 |
| 44 | 静   |      |      |      |      |      |      |      | 0 |
| 45 | 平   |      |      |      |      |      |      |      | 0 |
| 46 | 燕   |      |      |      |      |      |      |      | 0 |
| 47 | 琳   |      |      |      |      |      |      | 11365 | 11365 |
| 48 |     |      |      |      |      |      |      |      | 0 |
| 49 |     |      |      |      |      |      |      |      | 0 |
| 50 |     |      |      |      |      |      |      |      | 0 |
| 51 |     |      |      |      |      |      |      |      | 0 |
|    | 合计 | 191406 | 59010 | 69573 | 120134 | 144876.54 | 116593.8 | 129759.7 | 831353.04 |