‹ WeChat

Dec 26, 2011 11:05 PM



这里面包括张翰墨的客户吧！

*This includes ZHANG, Hanmo's clients!*



这就是她的客户一共22人。包括已经去的9人。

*This is her clients altogather 22 people, including the nine (9) who already arrived.*

ok. understand.

好的！明白了！



*ZHANG won't cooperate with him. (Edwin)*



张不会跟他合作的

*Then how many do we have that already signed contract!*

那我们自己还有多少已经签过合同的！



我统计一下。

*Let me calculate it.*





< WeChat    李励莉

Dec 26, 2014 11:15 PM

Total transaction 55 people : branch office 33 (including zhang's 22),

成交人数55人：分公司 33人（其中张21人），我们不用给分公司提点有22人（其中李总16，自然6人），

we don't need to share with branch office is 22 people ( 16 from boss Li, 6 self referred )



这是从我接手统计的

This was calculated after I took over.

Thank you sister!

好的姐！





我还有15个客人除了张的

I ~~still~~ have 15 more clients besides zhang's.

好的姐！



Thank you sister!