LSS 1# 411561

416  Meng     418 ▇, Huiliang


Qiu, confirm these. These are the current customers. Just check to see if all these customers have paid first. You should check it out first.

Dec 26, 2014 4:16 PM

 Okay sis.

Dec 26, 2014 7:15 PM


Zhang Qiu, confirm the stuff on the slip that I send you. See how many customers that haven't paid off the balance, and how many already paid off. So confirm it again.

 Sis, I could find a few of them.

 JIANG Ling_TANG, Hua WU, Lihua YANG, Huilang

Dec 26, 2014 7:34 PM

 Okay

Dec 26, 2014 7:42 PM

 [Photo]

Shanghuang Trade and Commerce Limited Company

▇angyan 120 thousand     ▇, Yilin 225720      ▇, Dongping 231550
▇jing    338 thousand     ▇, Yan  238 thousand ▇ANG, Xin 218 thousand
▇ulan   290 thousand     ▇, Jianghua 266200 yuan ▇ Lin    188 thousand
▇ Yue   338 thousand     ▇O, Yanlin 288 thousand
▇ Hua   141720
▇ng     208 thousand