&lt;WeChat        YAN Qiang        [Contact Icon]

Dec 26, 2014 7:21 PM

I've already talked to CHEN Chao and Dapang! Will be talking about the houses and equity tomorrow! Today, I will go to the property to figure out the deposit and the contract terms! 

Let me know what I should do next! 

Dec 26, 2014 7:42 PM

Do you want Sister Wong to go straight in? 

So how is it going to work?! Partnership?! Stocks?! 

Because I don't want us to be directly involved, need a control panel! 

After all, this is not legal! 

Dec 26, 2014 10:40 PM